Nancy M. Erfle, OSB No. 902570
Email: nerfle@grsm.com
Diane R. Lenkowsky, OSB No. 143725
Email: mailto:dlenkowsky@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Tel: (503) 222-1075
Fax: (503) 616-3600
*Attorneys for Defendant Jungheinrich Lift Truck Corp.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER WATSON, <br><br> Plaintiff, <br><br> vs. <br><br> JUNGHEINRICH AG, a Germany company; JUNGHEINRICH LIFT TRUCK CORP., a Delaware corporation, <br><br> Defendants. | Case No. 3:22-cv-00959 <br><br> **DEFENDANT'S NOTICE OF REMOVAL** <br><br> **DEMAND FOR JURY TRIAL** |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant Jungheinrich Lift Truck Corp. ("Jungheinrich" or "Defendant"), by and through its attorneys, hereby removes this action, which is currently pending in the Circuit Court of the State of Oregon, for the County of Multnomah, Case No. 22CV17508, to the United States District Court for the District of Oregon, Portland Division because this Court has diversity jurisdiction over the underlying dispute and Defendant is filing this notice of removal within 30 days of service of the Complaint.

## REMOVAL STANDARD

1.    Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

2.    Under 28 U.S.C. § 1332(a)(1), federal courts have original jurisdiction over any civil action "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States[.]"

3.    "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ." 28 U.S.C. § 1332(c)(1).

## THE REMOVED CASE

4.    The removed case is a negligence and products liability action arising out of an August 24, 2021 incident in which Plaintiff was allegedly injured in a workplace accident while utilizing equipment allegedly manufactured, distributed, sold, leased, maintained, serviced, inspected, or tested by Defendant. Compl. at ¶¶ 2-3.

5.    Plaintiff's cause of action is alleged in tort – including claims for products liability and negligence. *See Generally* Compl. at ¶¶ 1-15.

## PAPERS FROM REMOVED ACTION

6.    Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice of Removal a copy of all process, pleadings, and other papers or exhibits of every kind, including depositions, on file in the state court. *See* **Exhibit 1**, attached hereto.

## THE REMOVAL IS TIMELY

7. Plaintiff filed this action in the aforementioned state court on May 31, 2022. Jungheinrich was served with Plaintiff's Complaint on June 6, 2022. Accordingly, this Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .").

## VENUE IS PROPER

8. The United States District Court for the District of Oregon, Portland Division is the proper venue for removal under 28 U.S.C. § 1441(a). The Multnomah County Circuit Court, Multnomah County, Oregon is located within the Portland Division, pursuant to 28 U.S.C. § 117 and L-R 3.2. Therefore, the District of Oregon, Portland Division, is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## BASIS FOR JURISDICTION

A. **Diversity of Citizenship Exists Between the Parties**

9. This is a civil action that falls under the Court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

10. Upon information and belief, Plaintiff is and was, at the time of the commencement of this action, a citizen of, Washington.

11. Defendant Jungheinrich is a Delaware corporation with its principal place of business in Houston, Texas. Therefore, Jungheinrich is a citizen of Delaware and Texas for purposes of determining diversity jurisdiction.

12. Defendant Jungheinrich AG is a German corporation with its principal place of business in Hamburg, Germany. On information and belief, Jungheinrich AG has not been served.

13. Because Plaintiff is a citizen of Washington (or, alternatively, is *not* a citizen of Delaware and/or Texas), and Defendants are citizens of Delaware, Texas and Germany, complete diversity exists under 28 U.S.C. § 1332.

**B.  The Amount in Controversy Requirement is Satisfied**

14. The face of Plaintiff's Complaint makes clear that the amount in controversy exceeds $75,000, exclusive of costs and interest. In the Complaint, Plaintiff states that the "Claimed amount" is $3,488,113. *See* Compl. Caption.

15. Thus, the state court action may be removed to this Court by Defendant in accordance with the provisions of 28 U.S.C. § 1441(a) because (i) this action is a civil action pending within the jurisdiction of the United States District Court for the District of Oregon; (ii) this action is between citizens of different states; and, (iii) the amount in controversy exceeds $75,000, exclusive of interest and costs.

## FILING OF REMOVAL PAPERS

16. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Multnomah County Circuit Court, Multnomah County, Oregon, and will serve a copy of the same upon counsel for Plaintiff. By filing this Notice of Removal, Defendant does not waive any jurisdictional or other defenses or affirmative that might be available to it. In addition, Defendant expressly reserves the right to move for dismissal of some or all of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure. Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant hereby removes this action from the Multnomah County Circuit Court, Multnomah County, Oregon, to the United States District Court for the District of Oregon, Portland Division and requests that this Court retain jurisdiction for all further proceedings in this matter. Should any question arise as to the removal of this matter, Defendant respectfully requests an opportunity to conduct appropriate discovery and/or to provide briefing and oral argument as to why removal is proper.

## DEMAND FOR JURY TRIAL

Defendants hereby demands trial by jury.

Dated: July 5, 2022

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Nancy M. Erfle*
    Nancy M. Erfle, OSB No. 902570
    nerfle@grsm.com
    Diane R. Lenkowsky, OSB No. 143725
    dlenkowsky@grsm.com